```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17484
   YVETTE EWING
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-2928

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/25/2007 and was not confirmed.

    The case was dismissed without confirmation 12/05/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     4525.00            .00            .00
COOK COUNTY TREASURER     SECURED NOT I   NOT FILED            .00            .00
SANTANDER CONSUMER USA    SECURED VEHIC    12972.00            .00         250.00
CARRINGTON MORTGAGE SERV  CURRENT MORTG         .00            .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE     6000.00            .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00            .00
CFC DEFICIENCY RECOVERY   UNSECURED       NOT FILED            .00            .00
HARRIS & HARRIS           UNSECURED       NOT FILED            .00            .00
PROTECTION ONE            UNSECURED          488.56            .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED           14.00            .00            .00
YOLAND LITTLE JOHN        NOTICE ONLY     NOT FILED            .00            .00
SANTANDER CONSUMER USA    UNSECURED          634.82            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,814.00                       381.58
TOM VAUGHN                TRUSTEE                                           43.18
DEBTOR REFUND             REFUND                                           337.38

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              1,012.14

PRIORITY                                            .00
SECURED                                          250.00
UNSECURED                                           .00
ADMINISTRATIVE                                   381.58
TRUSTEE COMPENSATION                              43.18
DEBTOR REFUND                                    337.38
                    --------------       --------------
TOTALS               1,012.14                1,012.14
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 17484 YVETTE EWING